THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL A. NASH et al., Individually and as Executors of SAMUEL Y. NASH, Deceased, Appellants, *v.* MICHAEL J. LOUGHMAN et al., Constituting the State Tax Commission, Respondents.

*Constitutional law — tax — transfer tax — constitutionality of statute imposing transfer tax upon real property in this State belonging to non-resident decedent.*

*People ex rel. Nash v. Loughman,* 220 App. Div. 549, reversed.
(Submitted June 22, 1927; decided July 20, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 11, 1927, which confirmed on certiorari a determination of the State Tax Commission assessing a transfer tax upon the estate of Samuel Y. Nash, deceased, a resident of Massachusetts, in so far as it consisted of real property within the State of New York, pursuant to article 10-A of the Tax Law. The appellants contended that the statute was violative of the State and Federal Constitutions.

*Edward H. Pattison, Joseph F. McCloy* and *John L. McMaster* for appellants.

*Albert Ottinger, Attorney-General (Henry S. Manley* of counsel), for respondents.

Order of Appellate Division reversed and determination of State Tax Commission annulled, with costs in all courts, on opinion in *Smith* v. *Loughman* (245 N. Y. 486).

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.